**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 16-01762-CJC(RAOx)            Date: December 1, 2016

Title: QUICK BRIDGE FUNDING, LLC, V. SHEAR TRANSPORTATION INC., DANNY WAYNE SHEAR, DAVID EDWIN SHEAR, AND DEWAYNE E. SHEAR

PRESENT:

    **HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                    None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE DEMONSTRATING PERSONAL JURISDICTION; CONTINUING HEARING ON PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**

    Before the Court is Plaintiff Quick Bridge Funding, LLC's, motion for entry of a default judgment against Defendants Shear Transportation Inc., Danny Wayne Shear, David Edwin Shear, and Dewayne E. Shear. (Dkt. 18.) According to the Complaint, Defendants are domiciled in Iowa and took out a loan from BOFI Federal Bank, a national bank. (Dkt. 1 ¶¶ 2–3, 7.) Plaintiff filed this complaint on September 22, 2016, and following Defendants' failure to appear, requested entry of default on October 20, 2016. (Dkts. 1, 12.) This motion followed on November 2, 2016. (Dkt. 18.)

    A district court "has an affirmative duty" to determine whether it has personal jurisdiction over the defendant before entering a default judgment. *In re Tuli*, 172 F.3d 707, 712 (9th Cir. 1999). In considering whether to enter a default judgment, a court may dismiss an action *sua sponte* for lack of personal jurisdiction. *Id.* "It is the plaintiff"s burden to establish the court's personal jurisdiction over a defendant." *Doe v. Unocal Corp.*, 248 F.3d 915, 922 (9th Cir. 2001).

    Given the minimal information supporting personal jurisdiction in the Complaint and in Plaintiff's motion for entry of a default judgment, (*see* Dkts. 1, 18), Plaintiff is hereby ORDERED TO SHOW CAUSE that this Court has personal jurisdiction over

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 16-01762-CJC(RAOx)            Date: December 1, 2016
                                                                                                                   Page 2

Defendants, as necessary for entry of a default judgment. Plaintiff must file its briefing by **December 9, 2016**. Accordingly, the hearing on Plaintiff's motion currently scheduled for December 12, 2016, is hereby VACATED. The Court will set a hearing upon review of the briefing, should that prove to be necessary.

nhm

MINUTES FORM 11
CIVIL-GEN                                                                                              Initials of Deputy Clerk MKU